IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Granted, MJN 2/26/18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-PO-191 |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate Judge |
| BENNY COLEMAN, | : | |
| Defendant. | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITHOUT<br>PREJUDICE |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, without prejudice. Additionally, we respectfully request any warrants issued in this matter be withdrawn.

Respectfully submitted,

-S-julienne mccammon – 13 Feb 18
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 13th of February 2018 and the Defense Counsel of Record will be notified of this Motion through CM/ECF.

s-julienne mccammon – 13 Feb 18